```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2932
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CR. No. S-07-142 LKK
                                 )
12               Plaintiff,      )
                                 )    ORDER
13       v.                      )
                                 )
14  RICHARD MATUCK,              )
                                 )
15               Defendant.      )
                                 )
16
17       This matter came before the Court on May 8, 2007 for a
18  status conference, at which time counsel Timothy Rote, the
19  attorney for Richard Matuck, requested a continuance because he
20  stated he needed additional time in which to review evidence and
21  further investigate the case.  To date in excess of 350 pages of
22  discovery has been produced, additional discovery is forthcoming,
23  and Mr. Rote is going to make plans to travel to Chico,
24  California to review additional evidence.
25       During the status conference the defendant indicated that he
26  understood that he had a right to a trial in 70 days, but that he
27  was willing to forgo a speedy trial in order to give his counsel
28
```

time to prepare.  The government did not object to the continuance.

Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period from May 8, 2007 through May 30, 2007, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

It is hereby **ORDERED** that the above-entitled matter be continued from May 8, 2007 until May 30, 2007, at the request of the counsel for the defendant, and that time is hereby excluded pursuant to 18 U.S.C. § 3161(h)(B)(iv) and Local Code T4.

DATED: May 11, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT