McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD MATUCK, <br><br> Defendant. | CR. No. S-07-142 LKK <br><br> SUMMARY ORDER |

This matter came before the Court on May 30, 2007 for a status conference, at which time counsel Timothy Rote, the attorney for Richard Matuck, requested a continuance. The basis of the request is to allow the defense to further investigate the case, including a related state investigation for molest involving the same victim in the underlying federal indictment, and to pursue a possible global resolution for the defendant which would resolve both of the state and federal charges.

During the status conference the defendant affirmed that he understood that he had a right to a trial in 70 days, but that he was willing to forgo a speedy trial in order to give his counsel

1

time to prepare.  The government did not object to the continuance.

Based on the above, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original dates prescribed by the Speedy Trial Act.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period from May 30, 2007 through July 24, 2007, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

It is hereby **ORDERED** that the above-entitled matter be continued from May 30, 2007 until July 24, 2007, at the request of the counsel for the defendant, and that time is hereby excluded pursuant to 18 U.S.C. § 3161(h)(B)(iv) and Local Code T4.

DATED: June 6, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT