```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2932
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   CR. No. S-07-142 LKK
                                  )
12              Plaintiff,        )
                                  )   ORDER
13       v.                       )
                                  )
14  RICHARD MATUCK,               )
                                  )
15              Defendant.        )
                                  )
16
17       This matter came before the Court on July 24, 2007 for a
18  status conference, at which time counsel Timothy Rote, the
19  attorney for Richard Matuck, requested a continuance.  The basis
20  of the request is to allow the defendant to continue to pursue a
21  global resolution for both the state and federal charges and to
22  work out details concerning forfeiture in the plea agreement.
23       During the status conference the defendant affirmed that he
24  understood that he had a right to a trial in 70 days, but that he
25  was willing to forgo a speedy trial in order to give his counsel
26  time to prepare and continue to work on the resolution.  The
27  government did not object to the continuance.
28
                                  1
```

1    Based on the above, the ends of justice served by continuing
2 the case as requested outweigh the interest of the public and the
3 defendant in a trial within the original dates prescribed by the
4 Speedy Trial Act.  For the purpose of computing time under the
5 Speedy Trial Act, 18 U.S.C. § 3161, et seq., the time period from
6 July 24, 2007 through August 7, 2007, inclusive, is deemed
7 excludable pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local
8 Code T4.

10    It is hereby **ORDERED** that the above-entitled matter be
11 continued from July 24, 2007 until August 7, 2007, at the request
12 of the counsel for the defendant, and that time is hereby
13 excluded pursuant to 18 U.S.C. § 3161(h)(B)(iv) and Local Code
14 T4.

16 DATED: July 30, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT