McGREGOR W. SCOTT
United States Attorney
LAURA L. FERRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 07-142 LKK |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RICHARD MATUCK, | |
| Defendant. | |

WHEREAS, on October 17, 2007, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Richard Matuck forfeiting to the United States the following property:

    a.   Hewlett Packard Pavilion computer A305W, serial number CNC34010T7; and

    b.   All camera cards seized from the defendant's home and office to include: 128 MD Sandisk SD card; memory card for Canon EOS Rebel; Kodak compact flash card; SD card Impact 256 MB; Studio 35 camera card; multiple unidentified memory sticks, memory cards and flash cards.

AND WHEREAS, on October 31, November 7 and 14, 2007, the United States published notice of the Court's Preliminary Order of

1

Forfeiture in the <u>Appeal Democrat</u> (Yuba County), a newspaper of general circulation located in the county in which the subject property was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Richard Matuck.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The United States shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED THIS 2nd day of January, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT